IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By STaylor at 5:20 pm, Oct 01, 2018

UNITED STATES OF AMERICA,

v.

JONATHAN LAMAR MANET,

Defendant.

CASE NO.: 2:18-cr-36

**DETENTION ORDER**

Defendant is charged by indictment with felonies involving possession with the intent to distribute a controlled substance. Defendant was arrested on the charges in the Southern District of Florida. Magistrate Judges in the Southern District of Florida conducted Defendant's Initial Appearance on July 27, 2018 and a Removal and Detention Hearing on August 1, 2018. At the August 1, 2018 hearing, the Magistrate Judge determined that Defendant should be detained pending trial, finding that Defendant's release would pose a risk of nonappearance at Court proceedings and a risk of harm to the public. Defendant was transferred to this District for further proceedings. On September 25, 2018, Defendant appeared in this Court for his Arraignment. Defendant was represented by counsel during that proceeding. At his Arraignment, Defendant requested to be released pending trial. The Government opposed Defendant's request. Therefore, a second bond hearing was held.

The Court concludes Defendant must be detained pending trial. Based on the evidence presented and information of record, the Court finds by a preponderance of the evidence that Defendant's release would pose a risk of nonappearance at Court proceedings, and by clear and convincing evidence that Defendant's release would pose a risk of harm to the public.

Specifically, the Court finds that Defendant has a criminal record, including probation violations, battery on a law enforcement officer, arson, and drug offenses, which indicates a

propensity to violate the law and Court orders; is currently using illicit drugs and Defendant is likely to continue such conduct and violate the law if released, and; has an unverified current address. The Court further finds that conditions which restrict Defendant's travel, personal contacts, and possession of drugs, alcohol, and firearms; require reporting, education, employment, or treatment; or monitor Defendant's movements or conduct; or any combination of these conditions or others currently proposed or available (see 18 U.S.C. § 3142(c)), will not sufficiently ameliorate the risks posed if Defendant is released.

### Directions Regarding Detention

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 1st day of October, 2018.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA