IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 2:18-CR-36-LGW |
| | : | |
| VS. | : | |
| | : | |
| JOHNATHAN LAMAR MANET, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO CONTINUE THE MOTIONS HEARING

COMES NOW, Johnathan Lamar Manet, the Defendant in the above-styled Indictment, who through counsel, files his Motion to Continue the Motions Hearing and shows the Court, as follows:

1. The motions hearing in this case is set for November 13, 2018.

2. At present, Defendant is considering a plea offer proposed by the Government.

3. Defendant requires additional time to consider said offer.

4. Accordingly, in the interest of judicial economy, Defendant moves this Court for an Order continuing the motions hearing until such time as the Court deems appropriate, and resetting the deadline to submit the list of unresolved motions until 5 days prior to said hearing.

5. In addition, Counsel for the Defendant has the following conflicts with other Courts on November 13, 2018:

   a) Jury selection in the Superior Court of Ware County;

b) A Motion for Clarification before Judge Kelley of the ORDER he entered in the Tax Appeal Case of Glynn County, Georgia, v. Atlantic Southeast Enterprises in the Superior Court of Glynn County;

c) A bench trial before Judge Kelley in the case of Noser Investment Group v. Richard Cureton, Jr., v. Jeffrey Noser; and,

d) A trial in the Magistrate Court of McIntosh County before Chief Magistrate Harold Webster, III.

6. A continuance of the motions hearing has not been previously sought.

Respectfully submitted, this 6th day of November, 2018.

ALAN DAVID TUCKER, ESQ. P.C.

By: /s/ Alan David Tucker
Alan David Tucker, Esq.
Attorney for Defendant
Georgia Bar No. 717559

9 St. Andrews Court, Suite 201
Brunswick, GA 31520
912-267-7123-ofs.
912-267-0782-fax
Email: alan@alantuckeratty.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 2:18-CR-36-LGW |
| | : | |
| VS. | : | |
| | : | |
| JOHNATHAN LAMAR MANET, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 6th day of November, 2018.

Respectfully submitted,

ALAN DAVID TUCKER, ESQ., P.C.

By: /s/ Alan David Tucker
Alan David Tucker, Esq.
Attorney for Defendant
Georgia Bar No. 717559

9 St. Andrews Court, Suite 201
Brunswick, GA 31520
912-267-7123-ofs.
912-267-0782-fax
Email: alan@alantuckeratty.com