# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CR 218-36-01 |
| | ) |
| v. | ) |
| | ) |
| **JONATHAN LAMAR MANET** | ) |

## GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS FILED BY DEFENDANT JONATHAN LAMAR MANET

Now comes the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and files this response to Defendant Jonathan Lamar Manet's *pro se* Motion to Suppress (Dkt. 60):

1. Manet's *pro se* motion to suppress should not be considered by the Court. Local Rule 44.2 provides as follows:

> **LCrR 44.2 Pro Se Filings.** Absent prior leave of Court, a defendant represented by counsel may not file a motion, brief, or other paper pro se, except for a motion for the appointment of new counsel or a motion to proceed pro se.

2. Defendant has not sought prior leave of Court to file his motion.

Wherefore, the Court should not consider Jonathan Manet's *pro se* motion.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney
Georgia Bar No. 426624

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 21st day of February 2019.

                                        Respectfully submitted,

                                        BOBBY L. CHRISTINE
                                        UNITED STATES ATTORNEY

                                        ***/s/ Karl I. Knoche***

                                        Karl I. Knoche
                                        Assistant United States Attorney
                                        Georgia Bar No. 426624

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422