IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
*By staylor at 9:37 am, Feb 25, 2019*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:18-cr-36 |
| JONATHAN LAMAR MANET, | |
| Defendant. | |

**O R D E R**

This case is set for trial on March 12, 2019 at 9:00 a.m. in Courtroom 1, Brunswick Federal Courthouse.  The parties are ORDERED to file an updated Notice to Counsel form with the Court stating what motions are unresolved and whether any such motions require argument.  The Notice to Counsel form is due February 28, 2019.

**SO ORDERED**, this 25th day of February, 2019.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA