UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CR 218-36-01 |
| | ) |
| v. | ) |
| | ) |
| **JONATHAN LAMAR MANET** | ) |

### STIPULATION OF FACT AND ADMISSIBILITY

The United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and Assistant United States Attorney Karl Knoche, and Jonathan Lamar Manet, represented by Alan Tucker, Esq., hereby stipulate and agree to the following:

1. It is agreed that in lieu of submitting documentary evidence and testimony regarding chain of custody, the parties agree that Government Exhibit 1, which was seized from a 2016 Chrysler 300 automobile occupied by the Defendant on July 3, 2017, has been continuously maintained by the Darien Police Department and the Drug Enforcement Administration since that date.

2. It is further agreed that Government Exhibit 1 was submitted to the Drug Enforcement Administration Southeast Laboratory, Miami, Florida, for forensic examination. The result of the examination showed that Government Exhibit 1 contains 377.9 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

3. The parties agree that is not necessary for the Government to present chain of custody evidence or expert testimony concerning Government Exhibit 1.

The jury may consider the information shown above to be true and proven.

Respectfully submitted,

_____
Karl Knoche
Assistant United States Attorney

_____
Alan David Tucker
Counsel for Jonathan Lamar Manet

_____
Jonathan Lamar Manet
Defendant

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This \_\_8th\_\_ day of March 2019.

                                            Respectfully submitted,

                                            BOBBY L. CHRISTINE
                                            UNITED STATES ATTORNEY

                                            **/s/ *Karl I. Knoche***

                                            Karl I. Knoche
                                            Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422