UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 218-36 |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN LAMAR MANET | ) | |

### STIPULATION REGARDING ADMISSIBLITY OF BUSINESS RECORD OF BENJI AUTO SALES

The parties agree and stipulate that Government Exhibit 11, a business record of Benji Auto Sales, Westpark, Florida, pertaining to the sale of a 2016 Chrysler 300 to Zanaba Manet on July 1, 2017, is an authentic copy of the actual company business record it purports to be, and is admissible at trial under Federal Rules of Evidence 803(6) (business records), 901, and 902 (authentication).

Respectfully submitted,

_____
Karl Knoche
Assistant United States Attorney

_____
Alan David Tucker
Counsel for Jonathan Lamar Manet

_____
Jonathan Lamar Manet
Defendant

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 7th day of March 2019.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Karl I. Knoche*

Karl I. Knoche
Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422